| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Return Date:<br>June 17, 2010<br>10:00 A.M. |
| In Re:<br>JAVIER VELEZ<br><br>               Debtors.<br>_____ | CHAPTER 13<br>CASE NO. 10-10708MG<br><br>NOTICE OF MOTION |

S I R S:

**PLEASE TAKE NOTICE** that upon the application of JAVIER VELEZ, the Debtor herein, by her attorney, David J. Babel, dated May 3, 2010, the undersigned will appear before this Court for an Order pursuant to 11 U.S.C. Section 1325 ("the Bankruptcy Code") and Fed. R. Bankr. P. 3015 for an Order allowing the Debtor to pay interest on a secured auto claim filed by Santander Consumer USA Inc. (the "Creditor") at a Till rate of 5.25% along with such other and further relief as to the Court may seem just and proper:

    DATE AND TIME:                   June 17, 2010 at 10:00 A.M.

    U.S. BANKRUPTCY JUDGE:       The Honorable Martin Glenn

    PLACE:                              One Bowling Green
                                               New York, NY 10004
                                               **COURTROOM 501**

**PLEASE TAKE FURTHER NOTICE** that responsive papers, if any, are to be served on the undersigned and filed with the Court no less than three (3) days prior to the return date of this motion.

    Dated:  Bronx, New York               David J. Babel, Esq., P.C.
               May 3, 2010

                                               *s/David J. Babel*
                                               DAVID J. BABEL, ESQ. P.C.
                                               2525 Eastchester Road
                                             Bronx, New York 10469
                                             (718) 881-7964

To:

JEFFREY L. SAPIR, TRUSTEE
399 KNOLLWOOD ROAD
WHITE PLAINS, NEW YORK 10603

OFFICE OF U.S. TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

SANTANDER CONSUMER USA INC.
8585 N. STEMMONS FWY.
STE 1100 – N
DALLAS, TX 75247